UNITED STATES COURT OF INTERNATIONAL TRADE             FORM 7A

HINDALCO INDUSTRIES LIMITED

                            Plaintiff,

   v.

UNITED STATES

                            Defendant.

Court No. 24-00234

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: July 31, 2025

/s/ Rajib Pal
Attorney for Plaintiff

1501 K Street NW
Street Address

Washington, D.C. 20005
City, State and Zip Code

(202) 736-8000
Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: July 31, 2025

Clerk, U. S. Court of International Trade

By: /s/ Jason Chien
Deputy Clerk